```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

LISA LIZOTTE, individually and
as parent and natural guardian
of WALTER LIZOTTE,

       Plaintiff,

v.                                Civil Action No. 2:18-cv-01389

SHERIFF MICHAEL FINLEY (sic, Fridley),
Fayette County Sheriff's Dept.,
DEPUTY JOSEPH A. YOUNG, Fayette County
Sheriff's Office, DEPUTY STEVE K.
NEIL (sic, Neal), and STEVE KESSLER,
former Fayette County Sheriff,

       Defendants.


## MEMORANDUM OPINION AND ORDER

The parties having advised the court that the above-styled case has settled and that additional time is needed to prepare the final order of dismissal, it is hereby ORDERED that the final settlement conference scheduled for 1:30 p.m. on June 8, 2020, is continued to 11:00 a.m. on June 22, 2020, and the trial scheduled for 9:30 a.m. on June 9, 2020, is continued to 9:30 a.m. on June 23, 2020.

The clerk is requested to transmit copies of this order to all counsel of record and any unrepresented parties.

                                            Enter: June 8, 2020

                                          _____
                                          John T. Copenhaver, Jr.
                                          Senior United States District Judge