```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

LISA LIZOTTE, individually and
as parent and natural guardian
of WALTER LIZOTTE,

      Plaintiff,

v.                                      Civil Action No. 2:18-cv-01389

SHERIFF MICHAEL FINLEY (sic, Fridley),
Fayette County Sheriff's Dept.,
DEPUTY JOSEPH A. YOUNG, Fayette County
Sheriff's Office, DEPUTY STEVE K.
NEIL (sic, Neal), and STEVE KESSLER,
former Fayette County Sheriff,

      Defendants.

## MEMORANDUM OPINION AND ORDER

The parties having advised the court that the above-styled case has settled, which matter is in the course of resolution, it is hereby ORDERED that the final settlement conference scheduled for 11:00 a.m. on June 22, 2020, is continued to 11:00 a.m. on July 6, 2020, and the trial scheduled for 9:30 a.m. on June 23, 2020, is continued to 9:30 a.m. on July 7, 2020.

The clerk is requested to transmit copies of this order to all counsel of record and any unrepresented parties.

                                  Enter: June 22, 2020

                                  John T. Copenhaver, Jr.
                                  Senior United States District Judge