```
          UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

LISA LIZOTTE, individually and
as parent and natural guardian
of WALTER LIZOTTE,

    Plaintiff,

v.                        Civil Action No. 2:18-cv-01389

SHERIFF MICHAEL FINLEY (sic, Fridley),
Fayette County Sheriff's Dept.,
DEPUTY JOSEPH A. YOUNG, Fayette County
Sheriff's Office, DEPUTY STEVE K.
NEIL (sic, Neal), and STEVE KESSLER,
former Fayette County Sheriff,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending is the joint motion for leave to file Rule 41(a)(1)(A) stipulation of dismissal with prejudice regarding the plaintiff's claims on behalf of Water Lizotte, filed June 11, 2020.

Finding good cause to do so after conferring with counsel for the parties on June 29, 2020, it is ORDERED that the joint motion be, and it hereby is, granted.

The Clerk is requested to transmit copies of this order to all counsel of record and any unrepresented parties.

                              Enter: June 30, 2020

                              John T. Copenhaver, Jr.
                              Senior United States District Judge